UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA WELDON,<br>          DEFENDANT | CRIM. NO. 2:18-CR-112-DBH-03 |

**ORDER ON DEFENDANT'S MOTION FOR RELIEF**

The defendant Joshua Weldon has moved to have seized currency ($4,753) returned to him (ECF No. 500). The government has responded that the money was properly forfeited under Fed. R. Crim. P. 32.2 in the sentence of co-defendant Dru Frechette, with notice to all affected parties (ECF No. 511). The defendant Joshua Weldon has not challenged the government's response.

Accordingly the motion is **DENIED**.

**SO ORDERED.**

**DATED THIS 5TH DAY OF OCTOBER, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**