# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. NO. 2:18-CR-112-DBH-03 |
| | ) |
| JOSHUA WELDON, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER VACATING ORDER ON DEFENDANT'S MOTION FOR RELIEF

After my Order on Defendant's Motion for Relief (ECF No. 516) was docketed, in which I stated that the defendant Joshua Weldon had not challenged the government's response, the Clerk's Office received and docketed the defendant's reply (ECF No. 517).

I therefore vacate my previous Order so as to consider Weldon's arguments.

SO ORDERED.

DATED THIS 6TH DAY OF OCTOBER, 2021

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE