UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. NO. 2:18-CR-112-DBH-03 |
| | ) |
| JOSHUA WELDON, | ) |
| DEFENDANT | ) |

**ORDER ON MOTION FOR COMPASSIONATE RELEASE**

On October 20, 2020, on the parties' joint recommendation and after the coronavirus pandemic was underway, I sentenced the defendant Joshua Weldon to a total term of 135 months in prison. J&C (ECF No. 454). His anticipated release date is April 5, 2028. See www.bop.gov/inmateloc.

Weldon now has moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Def.'s Mot. (ECF No. 512). The government waives any claim that he has failed to exhaust his administrative remedies. Gov't's Resp. at 11-12 (ECF No. 515).

Weldon says he satisfies the "extraordinary and compelling reasons" standard of the statute for compassionate release because he is a 29-year-old male who has abused nicotine and illegal drugs and suffers from obesity and high blood pressure. Def.'s Mot. at 2. He also says that he has previously contracted COVID-19 (he says twice), that he still suffers from lingering symptoms "that are exasperated by" his other health issues, and that he has refused to be vaccinated in prison "based on his religious preference" and on

account of inadequate approval by the FDA and insufficient studies of the vaccine's efficacy. Id. at 2-3. Weldon says that he "suffers from serious medical conditions that [are] associated with a[n] increased risk for a severe COVID-19 infection, and he is housed in a housing unit that has suffered from [a] massive outbreak [from December 2020 until March 2021]. It is only a matter of time until FCC-Allenwood suffers from another massive outbreak."[1] Id. at 3.

Weldon is imprisoned at FCI Allenwood Low, part of the Allenwood Federal Correctional Complex. When the government responded to Weldon's motion on October 4, 2021, it reported that 5 of 908 male inmates there were reported positive for COVID-19, that there had not been any COVID-related deaths, and that approximately 67 percent of the current inmate population was fully vaccinated. Gov't's Resp. at 6-7. As of October 29, 2021, FCI Allenwood Low reported 24 active confirmed inmate cases. www.bop.gov/coronavirus.

As I said, Weldon has refused to be vaccinated. In my June 25, 2021, Order on Motion for Compassionate Release in United States v. Villalona, Crim. No. 2:18-cr-26-DBH-05 (ECF No. 806), I stated:

> I agree with my colleague Judge Woodcock that refusal to be vaccinated is "a factor against [a] motion for compassionate release." United States v. Cain, No. 1:16-cr-103-JAW, 2021 WL 2269974, at *7 (D. Me. June 3, 2021) (ECF No. 303). I see no reason to repeat the fine reasoning Judge Woodcock set forth in his decision. I agree that "the law does not require the Court to reward [the defendant] for turning down a vaccine that may save his life, reduce the severe impact of the disease, and limit the risk he will spread the virus to others." Id.

---

[1] Weldon describes the harshness of prison conditions during the pandemic due to "extreme mitigation efforts" and lockdowns. Def.'s Mot. at 4. If the defendant is challenging the conditions of confinement, that claim belongs in the District where he is incarcerated, not here.

That reasoning applies even when a defendant like Weldon claims a religious exemption. He may be entitled to decline the vaccine, but his refusal does not give him an advantage in seeking early compassionate release.

I would also deny Weldon's motion even without his vaccine refusal because the circumstances on which he relies (smoking and drug abuse history, obesity, and high blood pressure) do not rise to the level of "extraordinary and compelling reasons" that would warrant compassionate release under 18 U.S.C. § 3582(c)(1)(A. His health concerns do appear on the CDC's list of COVID-19 risk factors, see https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html, but Weldon's BOP medical records show that he has never sought or received treatment for an acute episode of any of them. Gov't's Resp. Ex. F. In his presentence interview with the Probation Officer before I sentenced him, Weldon mentioned his hypertension and increased body mass index, but he "described his physical health as perfect." 2d Revised Presentence Investigation Report ¶ 62. Moreover, Weldon has already recovered from COVID-19, lingering effects notwithstanding.

For all those reasons, I find that Weldon does not satisfy the "extraordinary and compelling reasons" standard and I **DENY** his motion for compassionate release.

**SO ORDERED.**

**DATED THIS 29TH DAY OF OCTOBER, 2021**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

3